UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMERIHOME MORTGAGE COMPANY, LLC, | § § § § | |
| *Plaintiff,* | § § | Civil Action No. 3:25-CV-0526-X-BW |
| v. | § § | |
| DEIVA KERCINA VALDEZ, et al., | § § § | |
| *Defendant.* | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 12). Amerihome Mortgage Company, LLC (Amerihome) filed an objection. (Doc. 13). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Even if the Court agreed with Amerihome that federal subject matter jurisdiction exists, this matter should be dismissed independently under Rule 4(m).[1] As a result, the Court **DISMISSES WITHOUT**

---

[1] If the plaintiff fails to serve a defendant "within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant," unless the plaintiff shows both (1) good cause for his failure to timely and properly effect service and (2) good cause for the court to extend the time for service for an appropriate period. Fed. R. Civ. P. 4(m); *Lewis v. Sec'y of Pub. Safety & Corr.*, 870 F.3d 365, 369 (5th Cir. 2017). Under Rule 4(m), Amerihome's deadline to serve the defendants passed June 2, 2025. On August 8, the magistrate judge entered an order requiring Amerihome to show cause why the action should not

1

**PREJUDICE** this suit.

**IT IS SO ORDERED** this 6th day of October 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

be dismissed for failure to serve the defendants and warned that dismissal could result from Amerihome's failure to comply with the order. (Doc. No. 8). Even in its objection to the magistrate judge's findings, conclusions, and recommendations, Amerihome failed to address why Amerihome has taken no action in compliance with the show cause order, nor has it requested more time to effect service. Therefore, dismissal is appropriate under Rule 4(m) on this independent basis.

2